

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2015

No. 04-15-00351-CV

**IN THE INTEREST OF D.M.K., JR. AND D.K.K.,**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1250-CV
The Honorable William Old, Judge Presiding

## O R D E R

The appellant's first motion for extension of time to file brief is GRANTED. The appellant's brief is due on August 25, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court